IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-60189
Conference Calendar
_____

RUSSELLE L. HUBBARD,

                                        Plaintiff-Appellant,

versus

NICKI JOHNSON; HAROLD MCCARLEY; CHARLES H. NEWELL;
CITY OF RIDGELAND, MISSISSIPPI; FICTITIOUS DEFENDANTS,
A, B, AND C,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:00-CV-530-LN
--------------------
December 11, 2001

Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Alabama attorney Russelle L. Hubbard appeals, pro se, the district court's summary-judgment dismissal of his civil rights lawsuit. Hubbard's appellate brief contains numerous legal arguments concerning the propriety of the summary judgment, but he has failed to provide this court with a single citation to the record.

The Federal Rules of Appellate Procedure require the parties to provide references to the page number of the record to support

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

statements of fact.  FED. R. APP. P. 28(a)(7) and (9)(A)(1998); 5TH CIR. R. 28.2.3.  As Hubbard's brief fails to cite the record, he has not adequately briefed his challenge to the validity of the district court's grant of summary judgment, and we will not consider his arguments.  Grant v. Cuellar, 59 F.3d 523, 524 (5th Cir. 1995); Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993).  The appeal is frivolous, and it is dismissed.  Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

APPEAL DISMISSED.